JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSCOE CHAMBERS,<br><br>Plaintiff,<br><br>v.<br><br>TIM L. LASKE, et al.,<br><br>Defendants. | Case No. 2:18-cv-03470-MWF-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Complaint and entire action is dismissed with prejudice.

DATED: June 28, 2018

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE