O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROSCOE CHAMBERS, | Case No. 2:18-cv-03470-MWF-KES |
|---|---|
| Plaintiff, | |
| v. | AMENDED ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| TIM L. LASKE, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that the Motion to Proceed in Forma Pauperis (Dkt. 2) is DENIED and Judgment will be entered dismissing the Complaint with prejudice and without leave to amend.

DATED: July 12, 2018

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE